446 A.2d 601

**PENNSYLVANIA INSURANCE DEPARTMENT, Appellant,**

v.

**The CENTRAL NATIONAL LIFE INSURANCE COMPANY OF OMAHA.**

Supreme Court of Pennsylvania.

Argued May 19, 1982.

Decided June 17, 1982.

Albert J. Strohecker, III, Deputy Chief Counsel, Beth C. Sheligo, Asst. Counsel, Pa. Ins. Dept., Harrisburg, for appellant.

Thomas Ericson, S. Walter Foulkrod, III, Harrisburg, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed.